FILED

SEP 2 7 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00606 MHP |
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO UNSEAL INFORMATION |
| A.P. MOLLER-MAERSK, A/S, | |
| Defendant. | |

The parties having appeared this morning for entry of guilty plea and sentencing, and the government moving in open court to unseal the Information in the above-referenced case, and good cause appearing therefor, it is hereby ordered that the government's Information, and all accompanied papers in the above matter, be unsealed until further order of the Court.

DATED: September 26, 2005

_____
United States District Judge

E-filing